UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD MARTEZ LEWIS,

     Plaintiff,

                                 Case No. 25-cv-12883
v.                               Hon. Matthew F. Leitman

ANTHONY M. WICKERSHAM, *et al.*,

     Defendants.
_____/

## ORDER DISMISSING COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

On September 9, 2025, Plaintiff Gerald Martez Lewis filed this action against Defendants Anthony M. Wickersham and Wellpath Healthcare Service. (*See* Compl., ECF No. 1.)  Lewis' claims arose out of alleged inadequate medical care and the exposure to black mold that Lewis experienced while he was incarcerated. (*See id.*)

When Lewis filed this action, he did not pay the filing fee.  Instead, he filed an application to proceed *in forma pauperis*. (*See* Application, ECF No. 2.)  But the Court could not rule on that application because Lewis had failed to provide the Court a signed, certified copy of his jail trust account.  Thus, on September 18, 2025, the Court issued an order directing Lewis "to provide a signed certification of his trust account from an authorized jail official within thirty days of this Court's Order." (Order, ECF No. 4, PageID.20.)  The Court then warned Lewis that if he

1

failed to either pay the filing fee, in full, or provide the Court the signed, certified copy of his trust account, the Court would dismiss his Complaint. (*See id.*, PageID.21.)

Lewis has failed to respond to the Court's order.  He has not paid the filing fee.  Nor has he submitted a certified copy of his trust account.  Finally, he has not contacted the Court to ask for additional time to respond to the Court's order.

Thus, because Lewis has failed to pay the filing fee and failed to comply with the Court's order, the Court **DISMISSES** his Complaint **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 4, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 4, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126