UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD MARTEZ LEWIS,

     Plaintiff,

                                           Case No. 25-cv-12883

v.                                  Hon. Matthew F. Leitman

ANTHONY M. WICKERSHAM, *et al.*,

     Defendants.

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                          KINIKIA ESSIX
                                          CLERK OF COURT

                         By:    s/Holly A. Ryan
                                      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 4, 2026
Detroit, Michigan

1